IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERTO PEREZ | § | |
| VS. | § | CIVIL ACTION NO. 9:24-CV-40 |
| J. RAYFORD, WARDEN, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Robert Perez, an inmate currently confined at the Bradshaw Sate Jail, proceeding *pro se,* filed a civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Warden J. Rayford, Assistant Warden, J. Hamilton, Property Official M. McGhee, and Captain FNU Killman.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Discussion

Title 28 U.S.C. § 1915(g) prohibits prisoners from repeatedly filing frivolous or malicious complaints. The statute provides:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action [*in forma pauperis*] . . . if the prisoner has, on three or more occasions . . . brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff has not paid the full filing fee in this action. The court proceeds as if it is Plaintiff's intent to proceed *in forma pauperis*. Section 1915(g) applies to this action, however, because at least three of Plaintiff's prior lawsuits or appeals have been dismissed as frivolous.[1] As a result, Plaintiff

---

[1] *Perez v. Lumpkin*, Civil Action No. H-23-02083 (S.D. Tex. June 14, 2023) (dismissed under 28 U.S.C. § 1915(g)); *Perez v. Villarreal*, Civil Action No. 1:21-CV-302 (W.D. Tex. May 10, 2021) (dismissed as frivolous and malicious); *Perez v. Villarreal*, Civil Action No. 1:21-CV-233 (W.D. Tex. Apr. 27, 2021) (dismissed as frivolous); *Perez v. Lakatos*, Civil Action No. 1:20-CV-746 (W.D. Tex. Aug. 18, 2020) (dismissed as frivolous under 28 U.S.C. § 1915(e)); *Perez v. Villarreal*, Civil Action No. 1:20-CV-622 (W.D.

may not bring this action *in forma pauperis* unless he was in imminent danger of serious physical injury at the time he filed this lawsuit. *Banos v. O'Guin*, 144 F.3d 883, 884 (5th Cir. 1998). Plaintiff makes no allegation that he was in imminent danger of serious physical injury. Plaintiff's claims revolve around a property dispute.

### Recommendation

The above-styled civil action should be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

### Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Servs. Auto. Assoc'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

**SIGNED this the 7th day of March, 2024.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE

---

Tex. Aug. 12, 2020) (dismissed as frivolous).